AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----

▶ LETITIA RAMONA MAYS

DISTRICT COURT NUMBER
CR08-0217

FILED
APR 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT ----

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

UNITED STATES SECRET SERVICES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DANIEL KALEBA AUSA

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal  ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Marin County Jail in San Rafael, CA

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

PENALTY SHEET
LETITIA RAMONA MAYS

Count 1 – Conspiracy (1029(b)(2)):
    a) Imprisonment: 5 year max
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

Count 2 – Identity Theft (1028(a)(3)):
    a) Imprisonment: 5 year max
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

Count 3 – Access Device Fraud (1029(a)(2)):
    a) Imprisonment: 10 year max
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

Count 4 – Aggravated Identity Theft (1028A(a)(1)):
    a) Imprisonment: 2 years consecutive sentence
    b) Fine: $250,000
    c) Supervised release: 3 years
    d) Special assessment: $100

E-filing

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-0217**

LETITIA RAMONA MAYS,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1029(b)(2) - Conspiracy to Commit Access Device Fraud; 18 U.S.C. § 1028(a)(3) – Identity Theft; 18 U.S.C. § 1029(a)(2) - Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

---

A true bill.

_____ Foreman

Filed in open court this __2__ day of

APRIL    2008

_____ Clerk

Bail, $ *No bail arrest warrant*

4-2-08

*[FILED 2008 APR -2 PM 3:27 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

JOSEPH P. RUSSONIELLO (CSBN 44332) E-filing
United States Attorney

FILED 2008 APR -2 PM 3:27 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LETITIA RAMONA MAYS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | No. CR08-0217 DLJ <br><br> VIOLATIONS: 18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud; 18 U.S.C. § 1028(a)(3) – Identity Theft; 18 U.S.C. § 1029(a)(2) – Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

**COUNT ONE**: (18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud)

1.  Beginning in about January of 2007, and continuing until on or about December 20, 2007, in the Northern District of California and elsewhere, the defendant,

LETITIA RAMONA MAYS,

together with others unknown to the grand jury, did knowingly and intentionally conspire to use unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(2), and by such conduct affect interstate commerce and obtain things of value aggregating $1,000 or

INDICTMENT
*United States v. Mays*                    1

more during that one-year period.

## METHOD AND MEANS OF THE CONSPIRACY

2.  The defendant achieved, and attempted to achieve, the objectives of the conspiracy using the following means and methods, among others:

A.  <u>Fraud against Kimberly H.</u>

(1) It was part of the conspiracy that a member of the conspiracy stole identifying information of Kimberly H., including, but not limited to, credit cards belonging to Kimberly H., including, but not limited to, a Citibank Sears MasterCard issued to Kimberly H.

(2) It was further part of the conspiracy that a member of the conspiracy made a counterfeit Washington state driver's license bearing a photograph of the defendant, LETITIA RAMONA MAYS, and the personal identification information of the victim, Kimberly H.

(3) It was further part of the conspiracy that the defendant, LETITIA RAMONA MAYS, and other members of the conspiracy fraudulently used the Citibank Sears MasterCard issued to Kimberly H. in the Northern District of California and throughout the United States.

(4) It was further part of the conspiracy that members of the conspiracy were able to fraudulently use the Citibank Sears MasterCard even though the card would initially be rejected by the sales merchant. Specifically, the defendant, LETITIA RAMONA MAYS, would present to a merchant the counterfeit driver's license and stolen credit card to purchase goods, and the card would be declined by the merchant. The defendant would then call a member of the conspiracy on her cellular telephone, and pretend that she was speaking with the credit card company. A member of the conspiracy would then speak with the merchant and provide instructions to take the credit card machine off-line, provide a fictitious authorization code, and complete the transaction as an off-line "Forced Sale." When the credit card machine was later restored on-line, and the information

INDICTMENT
*United States v. Mays*                                   2

transmitted to Citibank, it would be discovered that this was a fraudulent transaction. The transactions would be reflected on the account statement, but the sales merchant would not receive payment from Citibank for the sale.

(5) It was further part of the conspiracy that the defendant, LETITIA RAMONA MAYS, would fraudulently purchase goods using the identity of victim Kimberly H., and that members of the conspiracy would assist the defendant in removing the goods from the store.

B. Fraud against Chime L. and Christine K.

(1) It was part of the conspiracy that a member of the conspiracy would obtain personal identifying information of individuals with existing Chase Bank Visa accounts, including but not limited to names, account numbers, social security numbers, and dates of birth.

(2) It was further part of the conspiracy that a member of the conspiracy would call Chase Bank and pretend to be the account holder of a Chase Bank VISA account.

(3) It was further part of the conspiracy that the caller would provide personal identifying information of the true account holder to Chase Bank.

(4) It was further part of the conspiracy that the caller would ask that a new card or cards be issued on the existing account and sent to a new address.

(5) It was further part of the conspiracy that defendants would cause Chase Bank to send the Visa credit cards by United States Mail or United Parcel Service ("UPS") to an address in the Northern District of California.

(6) It was further part of the conspiracy that members of the conspiracy would use the Chase Bank Visa credit cards without the permission of the true account holders.

## OVERT ACTS

3. In furtherance of the conspiracy, and to obtain the ends thereof, the defendant committed, among others, the following overt acts in the Northern District of California and elsewhere:

   A. On or about March 30, 2007, the defendant, LETITIA RAMONA MAYS, presented a counterfeit California driver's license in the name of victim "Chimel"

INDICTMENT
*United States v. Mays*               3

L. to the clerk at Budget Rent-A-Car in Berkeley, California.

B. On or about March 30, 2007, the defendant, LETITIA RAMONA MAYS, charged $438.26 at Budget Rent-A-Car in Berkeley, California, on an unauthorized access device in the name of victim "Chimel" L. on the Visa account ending in 2541.

C. On or about March 30, 2007, the defendant, LETITIA RAMONA MAYS, charged $1,130.26 to purchase merchandise at Aldo in San Francisco, California, on an unauthorized access device in the name of victim "Chimel" L. on the Visa account ending in 2541.

D. On or about June 13, 2007, the defendant, LETITIA RAMONA MAYS, presented a counterfeit Washington driver's license in the name of victim Kimberly H. to the clerk at Millbrae Furniture & Appliance in Millbrae, California.

E. On or about June 13, 2007, the defendant, LETITIA RAMONA MAYS, attempted to charge $14,719.84 to purchase a Sub-Zero Refrigerator from Millbrae Furniture & Appliance in Millbrae, California, on an unauthorized access device in the name of victim Kimberly H., on the MasterCard account ending in 9174.

F. On or about December 20, 2007, the defendant, LETITIA RAMONA MAYS, presented a counterfeit Oregon driver's license in the name of victim Christine K. to the clerk at Enterprise Rent-A-Car in Fairfield, California.

G. On or about December 20, 2007, the defendant, LETITIA RAMONA MAYS, charged $500.00 at Enterprise Rent-A-Car in Fairfield, California, on an unauthorized access device in the name of victim Christine K., on the Visa account ending in 2879.

H. On or about December 20, 2007, the defendant, LETITIA RAMONA MAYS, presented a counterfeit driver's license in the name of victim Christine K. to the clerk at the Juicy Couture store in Larkspur, California.

I. On or about December 20, 2007, the defendant, LETITIA RAMONA MAYS, attempted to charge $3,760.53 to purchase merchandise from the Juicy Couture

INDICTMENT
*United States v. Mays*                 4

store in Larkspur, California, on an unauthorized access device in the name of victim Christine K., on the Visa account ending in 2879.

J.  On or about December 20, 2007, the defendant, LETITIA RAMONA MAYS, attempted to charge $3,034.24 to purchase merchandise from the True Religion store in Larkspur, California, on an unauthorized access device in the name of victim Christine K., on the Visa account ending in 2879.

All in violation of Title 18, United States Code, Section 1029(b)(2).

**COUNT TWO**: (18 U.S.C. § 1028(a)(3) - Identity Theft)

4.  Paragraphs 2-3 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein.

5.  On or about June 27, 2007, in the Northern District of California, the defendant,

LETITIA RAMONA MAYS,

did knowingly possess, with intent to use unlawfully and to transfer unlawfully, at least five identification documents (other than those issued lawfully for the use of the possessor), authentication features, and false identification documents, and by such conduct did affect interstate commerce, in violation of Title 18, United States Code, Section 1028(a)(3).

**COUNT THREE**: (18 U.S.C. § 1029(a)(2) – Access Device Fraud)

6.  Paragraphs 2-3 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein.

7.  From on or about March 18, 2007, and continuing to on or about June 27, 2007, in the Northern District of California, the defendant,

LETITIA RAMONA MAYS,

did knowingly and with intent to defraud use one or more unauthorized access devices, and by such conduct did affect interstate commerce and did obtain something of value aggregating $1,000 or more during any one-year period, in violation of Title 18, United States Code, Section 1029(a)(2).

//

//

INDICTMENT
*United States v. Mays*                                                      5

**COUNT FOUR**: (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

8. On or about March 30, 2007, in the Northern District of California, the defendant,

LETITIA RAMONA MAYS,

did knowingly possess and use, without lawful authority, means of identification of another person, specifically, a fraudulent credit card and California driver's license in the name of victim "Chimel" L., during and in relation to a felony violation of 18 U.S.C. § 1029(a)(2) as alleged in Count Three, incorporated by reference, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED:
4-2-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DOUGLAS SPRAGUE
Chief, Oakland Division

(Approved as to form: _____ )
AUSA Daniel Kaleba

INDICTMENT
United States v. Mays                     6