1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
     1301 Clay Street Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3680
7    FAX: (510) 637-3724
     E-mail: daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff
9
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )    NO. CR 08-0217 DLJ
14                                  )
          Plaintiff,                )
15                                  )
       v.                           )    PETITION FOR AND WRIT OF
16                                  )    HABEAS CORPUS AD
   LETITIA RAMONA MAYS,             )    PROSEQUENDUM
17                                  )
          Defendant.                )
18                                  )

19
20   TO:    The Honorable James A. Larson, United States Magistrate
            Judge of the United States District Court of Northern
21          California:

22

23      The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

24 District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

25 Ad Prosequendum for the person of prisoner, LETITIA RAMONA MAYS, whose place

26 of custody and jailor are set forth in the Writ, attached hereto, and

27 ////

28 ////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ

1  your petitioner avers that the prisoner is required in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  DATED: April 3, 2008                     Respectfully submitted,
5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
6
7                                           _____/s/_____
                                            DANIEL KALEBA
8                                           Assistant United States Attorney
9
10
11 SO ORDERED:
12 DATED: April __8__, 2008                 _____
                                            HONORABLE JAMES A. LARSON
13                                          United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ

1         **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2 TO:   FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Marin County Jail, San Rafael, California:

4                               **GREETINGS**

WE COMMAND that you have and produce the body of **LETITIA RAMONA MAYS,** a/k/a Christine Kennedy, date of birth 10/20/1982, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **April 10, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

    IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

    WITNESS the Honorable James A. Larson, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: April 8 , 2008         CLERK, UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA

                                By: Venice Thomas
                                       DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ