JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

    1301 Clay Street Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>    v. )<br>LETITIA RAMONA MAYS, )<br>      Defendant. ) | NO. CR 08-0217 DLJ<br><br>PETITION FOR AND WRIT OF<br>HABEAS CORPUS AD<br>PROSEQUENDUM |

TO:    The Honorable James Larson, United States Magistrate Judge
           of the United States District Court of Northern California:

    The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

Ad Prosequendum for the person of prisoner, LETITIA RAMONA MAYS, whose place

of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ

1   your petitioner avers that the prisoner is required in the above-entitled matter in this

2   Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4   DATED: April 10, 2008                    Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7                                            _____/s/_____

8                                            DANIEL KALEBA
                                             Assistant United States Attorney
9

10

11  SO ORDERED:

12  DATED: April _____, 2008                 _____

13                                           HONORABLE JAMES LARSON
                                             United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ

1

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2

TO:    FEDERICO ROCHA, United States Marshal, Northern District of California
3       and/or any of his authorized deputies; and the Warden of Marin County Jail, San
        Rafael, California:

4

**GREETINGS**

5       WE COMMAND that you have and produce the body of **LETITIA RAMONA**

6   **MAYS,** a/k/a Christine Kennedy, date of birth 10/20/1982, now in custody in the herein-

7   above-mentioned institution, before the United States District Court in and for the

8   Northern District of California, in the Courtroom of the United States Magistrate Judge,

9   Wayne D. Brazil, on **April 15, 2008, at 10:00 a.m.**, for initial appearance in the above

10  entitled Court, and that immediately after said hearing to return him forthwith to said

11  herein-above-mentioned institution, or to abide by such order of the above-entitled Court

12  as shall thereafter be made concerning the custody of said prisoner, and further to produce

13  said prisoner at all times necessary until the termination of the proceedings in this Court;

14      IT IS FURTHER ORDERED that should the local or state custodian release from

15  its custody the above-named person, he be immediately delivered and remanded to the

16  United States Marshal and/or his authorized deputies under this Writ.

17      WITNESS the Honorable James Larson, Magistrate Judge of the United States

18  District Court for the Northern District of California.

19
    DATED: April ____, 2008          CLERK, UNITED STATES DISTRICT COURT
20                                    NORTHERN DISTRICT OF CALIFORNIA

21

22  By:_____
                DEPUTY CLERK

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ