1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       1301 Clay Street Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       E-mail: daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

   UNITED STATES OF AMERICA,      )   NO. CR 08-0217 DLJ
                                  )
         Plaintiff,               )
                                  )
      v.                          )   PETITION FOR AND WRIT OF
                                  )   HABEAS CORPUS AD
   LETITIA RAMONA MAYS,           )   PROSEQUENDUM
                                  )
         Defendant.               )
   _____)


   TO:    The Honorable James Larson, United States Magistrate Judge
          of the United States District Court of Northern California:


   The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

   District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

   Ad Prosequendum for the person of prisoner, LETITIA RAMONA MAYS, whose place

   of custody and jailor are set forth in the Writ, attached hereto, and

   ////

   ////

   PETITION FOR & WRIT OF HABEAS CORPUS
   CR-08-0217 DLJ

1 | your petitioner avers that the prisoner is required in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.

4 | DATED: April 10, 2008        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

SO ORDERED:

DATED: April __10__, 2008

_____
HONORABLE JAMES LARSON
United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:   FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Marin County Jail, San Rafael, California:

**GREETINGS**

WE COMMAND that you have and produce the body of **LETITIA RAMONA MAYS,** a/k/a Christine Kennedy, date of birth 10/20/1982, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **April 15, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable James Larson, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: April __10__, 2008        CLERK, UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA

                                 By:___Venice E. Thomas_____
                                       DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0217 DLJ