1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724

8 | Attorneys for Plaintiff

**FILED**

APR 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-0217 DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
| v. | |
| LETITIA RAMONA MAYS, | |
| Defendant. | OAKLAND VENUE |

With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

Defendant Letitia Ramona Mays is charged in a four count indictment with conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2); identification document fraud, in violation of 18 U.S.C. § 1028(a)(3); access device fraud, in violation of 18 U.S.C. § 1029(a)(2); and aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1). Upon request, the United States will produce to counsel for the defendant discovery that contains personal identifying information, including social security numbers, birth dates and driver's license numbers, and private financial information, including account numbers, pertaining to the victims

PROTECTIVE ORDER
*United States v. Letitia Ramona Mays*
CR 08-0217 DLJ

1  in this case. Pursuant to Federal Rule of Criminal Procedure 16, the government requests that
2  disclosure of these materials be subject to the following restrictions:
3              1.    Except when being actively examined for the purpose of the preparation of
4  the defense of defendant Letitia Ramona Mays, the documents containing personal identifying
5  and private financial information of third parties produced by the government to defense counsel
6  shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only
7  to defense counsel, members of his or her law firm who are working with him or her to prepare
8  the defendant's defense, and his or her investigator. Defense counsel, members of his or her law
9  firm, the defendant, and the investigator shall not permit any person access of any kind to the
10 documents or disclose in any manner the personal identifying and private financial information
11 of third parties except as set forth below.
12             2.    The following individuals may examine the documents and information
13 related to the personal identifying and private financial information of third parties for the sole
14 purpose of preparing the defense of defendant Letitia Ramona Mays and for no other purpose:
15        a)    Counsel for defendant;
16        b)    Members of the defendant's law office who are assisting with the
17              preparation of Letitia Ramona Mays's defense;
18        c)    Defendant Letitia Ramona Mays, but only in the presence of
19              defense counsel or another authorized person listed in this
20              paragraph;
21        d)    Investigators retained by the defendant to assist in the defense of
22              this matter.
23 If defense counsel determines that additional persons are needed to review the material, he or she
24 must obtain a further order of the Court before allowing any other individual to review the
25 material.
26             3.    A copy of this order shall be maintained with the documents at all times.
27             4.    All individuals other than defense counsel and the defendant who receive
28

PROTECTIVE ORDER
*United States v. Letitia Ramona Mays*
CR 08-0217 DLJ                                    2

1 | access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign
2 | a copy of this Order acknowledging that

    a)    they have reviewed the Order;

    b)    they understand its contents;

    c)    they agree that they will only access the documents and information for the purposes of preparing a defense for defendant Letitia Ramona Mays;

    d)    they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

    5.    No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

    6.    Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

    7.    Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

    8.    Within five court days of the judgment and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government. The Government shall destroy them. If

//

//

//

PROTECTIVE ORDER
*United States v. Letitia Ramona Mays*
CR 08-0217 DLJ                                 3

defendant believes that she must maintain the material for any reason related to appeal, defendant must seek authorization from the District Court within five days of the sentencing and judgement in this matter.

STIPULATED:

DATED: April 15, 2008

JEROME MATTHEWS
Attorney for Defendant Letitia Ramona Mays

DATED: April 15, 2008

DANIEL R. KALEBA
Assistant United States Attorney

IT IS SO ORDERED that disclosure of the above-described discovery materials shall be restricted as set forth above.

DATED: April 15, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

PROTECTIVE ORDER
*United States v. Letitia Ramona Mays*
CR 08-0217 DLJ

4