**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  5/16/08**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-08-00217-DLJ

**Defendant:** Letitia Ramona Mays [present; in custody]

**Appearances for AUSA:**  Daniel Kaleba

**Appearances for Defendant:** Jerome Matthews
                               Ned Smock
[AFPD Ned Smock to be attorney of record in this case]

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                         -HELD

**Notes:**

**Case Continued to**     6/20/08 AT 9:00AM    for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**    Opposition Due:
**Case Continued to**                    for Pretrial Conference

**Case Continued to**          for             Trial

**Excludable Delay: Category: Begins:  5/16/08        Ends: 6/20/08**