**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  6/20/08**

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                    **No.** CR-08-00217-DLJ

**Defendant:** Letitia Ramona Mays [present; in custody]

**Appearances for AUSA:** Douglas Sprague

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                 **Ruling:**
**SETTING/STAT**                          **-HELD**

**Notes:**

**Case Continued to    7/11/08 AT 9:00AM    for  STATUS**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                        **for Pretrial Conference**

**Case Continued to**          for              **Trial**

**Excludable Delay: Category: Begins:  6/20/08        Ends:** 7/11/08