JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WADE M. RHYNE (CASBN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    Facsimile: (510) 637-3724
    E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> LETITIA RAMONA MAYS,  ) <br> ) <br> Defendant.  ) <br> ) | No. CR 08-00217 DLJ <br><br> NOTICE OF SUBSTITUTION OF ATTORNEY |

    Please take notice that as of July 1, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

WADE M. RHYNE<br>
Assistant United States Attorney<br>
1301 Clay Street; Suite 340S<br>
Oakland, California 94612<br>
Phone: 510/637-3693<br>
Fax: 510/637-3724<br>
E-mail: wade.rhyne@usdoj.gov

    The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to

SUBSTITUTION OF ATTORNEY

1  AUSA Wade M. Rhyne at the above mailing address, telephone number, facsimile
2  number and e-mail address.
3
4
   DATED: July 7, 2008                    Respectfully submitted,
5
                                          JOSEPH P. RUSSONIELLO
6                                         United States Attorney
7
8                                         _____/s/_____
                                          WADE M. RHYNE
9                                         Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY