UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  July 11, 2008

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:**  United States

**v.**                                                                         **No.** CR-08-00217-DLJ

**Defendant:** Letitia Ramona Mays [present; in custody]

**Appearances for AUSA:** Christine Wong (for Wade Rhyne)

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**               **Ruling:**
STATUS                                 -HELD

**Notes:**

**Case Continued to**     8/8/08 AT 9:00AM  for  SETTING/OR CHANGE OF PLEA

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                  for Pretrial Conference

**Case Continued to**          for             Trial

**Excludable Delay: Category: Begins:  7/11//08        Ends: 8/8/08**