UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  August 8, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                           **No.** CR-08-00217-DLJ

**Defendant:** Letitia Ramona Mays [present; in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
Setting                            -HELD
Change of Plea- Not Held

**Notes:**

**Case Continued to**    8/15/08 at 9:00AM    for  Status or Change of Plea

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                     for Pretrial Conference

**Case Continued to**          for              Trial


**Excludable Delay: Category: Begins:**  8/8/08        **Ends:** 8/15/08