UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  August 15, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                     **No.** CR-08-00217-DLJ

**Defendant:** Letitia Ramona Mays[present; in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD
Change of Plea- Not Held

**Notes:**

**Case Continued to   9/5/08 at 9:00AM   for  Stat or Change of Plea**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                       for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:   8/15/08       Ends: 9/5/08**