BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for LETITIA MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-217 DLJ |
| ) | |
| Plaintiff, ) | DECLARATION OF NED SMOCK AND |
| ) | [PROPOSED] ORDER REQUIRING THE |
| vs. ) | UNITED STATES MARSHAL SERVICE |
| ) | AND THE ALAMEDA COUNTY JAIL TO |
| LETITIA MAYS, ) | PROVIDE DENTAL TREATMENT |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Ned Smock, declare the following:

1. I represent Ms. Mays in this matter. At our most recent court date, I notified the Court that Ms. Mays has been suffering severe pain in her mouth making it difficult for her to chew. She has requested dental care but has been told that without a Court order, she will have to wait as much as two months before seeing a dentist.

2. The Court indicated that it would be willing to sign an order requiring that Ms. Mays be evaluated by a dentist. I attach a proposed order for the Court's review. Thank you for your assistance.

Dated: August 20, 2008                          /S/
                                         _____
                                         NED SMOCK
                                         Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# [PROPOSED] ORDER

TO: THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY JAIL

It is hereby ordered that the United States Marshal Service and the Alameda County Santa Rita Jail shall without delay ensure that Ms. Mays is evaluated by a dentist to address the pain that is causing her to have difficulty chewing.

IT IS SO ORDERED.

Date: August __, 2008

_____
HONORABLE D. LOWELL JENSEN
United States District Judge