1 | BARRY J. PORTMAN
Federal Public Defender
2 | NED SMOCK
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for LETITIA MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-217 DLJ |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF NED SMOCK AND |
| vs. | ) | **ORDER** REQUIRING THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY JAIL TO PROVIDE DENTAL TREATMENT |
| LETITIA MAYS, | ) | |
| Defendant. | ) | |

I, Ned Smock, declare the following:

1. I represent Ms. Mays in this matter. At our most recent court date, I notified the Court that Ms. Mays has been suffering severe pain in her mouth making it difficult for her to chew. She has requested dental care but has been told that without a Court order, she will have to wait as much as two months before seeing a dentist.

2. The Court indicated that it would be willing to sign an order requiring that Ms. Mays be evaluated by a dentist. I attach a proposed order for the Court's review. Thank you for your assistance.

Dated: August 20, 2008                              /S/
                                                    NED SMOCK
                                                    Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

1
                                    **ORDER**

2  TO:    THE UNITED STATES MARSHAL SERVICE AND THE ALAMEDA
         COUNTY JAIL
3
        It is hereby ordered that the United States Marshal Service and the Alameda County
4
Santa Rita Jail shall without delay ensure that Ms. Mays is evaluated by a dentist to address the
5
pain that is causing her to have difficulty chewing.
6

7
        IT IS SO ORDERED.
8
Date: August  21, 2008
9
                                        _____
10                                       HONORABLE D. LOWELL JENSEN
                                         United States District Judge
11

12

13

...

26

1
                                              2