1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, California 94607
4  Telephone: (510) 637-3500

5  Counsel for Defendant LETITIA MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-08-217 DLJ |
| Plaintiff, ) | |
| ) | NOTICE OF SUBSTITUTION OF |
| vs. ) | ATTORNEY |
| ) | |
| LETITIA MAYS, ) | |
| ) | |
| Defendant. ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above captioned case pending before the Court. Pursuant to Criminal Local Rule 44-2 (a), the undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general appearance for defendant, in place of Assistant Federal Public Defender Jerome E. Matthews.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Notice of Substitution of Attorney             1

1 | Counsel's contact information is listed above.

2

3 | Dated: August 25, 2008

                                                              Respectfully submitted,

4 |                                            BARRY J. PORTMAN
                                         Federal Public Defender

5

                                                              /S/

6

7 |                                            NED SMOCK
                                         Assistant Federal Public Defender

8 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Substitution of Attorney                                                       2